IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **VANESA GOULDBURN,** | § § § | |
| **Plaintiff,** | § § | |
| vs. | § § | **CIVIL ACTION NO. 4:14-CV-02495** |
| AIG GLOBAL SERVICES, INC.; AIG, LLC; AIG C/O AMERICAN INTERNATIONAL COMPANIES D/B/A VARIABLE ANNUITY LIFE INSURANCE COMPANY; VALIC FINANCIAL ADVISORS, INC., VALIC RETIREMENT SERVICES COMPANY; and AMERICAN INTERNATIONAL PROPERTY GROUP, INC. | § § § § § § § § § § | |
| **Defendants.** | § | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Vanesa Gouldburn ("Plaintiff") files this Notices of Dismissal Without Prejudice regarding Plaintiff's claims against Defendants AIG Global Services, Inc., AIG, LLC, AIG C/O American International Companies d/b/a Variable Annuity Life Insurance Company, VALIC Financial Advisors, Inc.; VALIC Retirement Services Company; and American International Property Group, Inc. (collectively "Defendants") in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i).

As Defendants have not yet filed an Answer, this Notice of Dismissal without prejudice is timely.

WHEREFORE, Plaintiff Vanesa Gouldburn requests that this Court dismiss this lawsuit without prejudice to the refiling of same.

Respectfully submitted,

/s/ Sarah C. Dionne
Sarah C. Dionne
Texas Bar No. 24072229
FED. ID. 1477512
George K. Farah
Texas Bar No. 24040882
FED. ID. 38353
Guerra & Farah, PLLC
4101 Washington Ave., Third Floor
Houston, Texas 77007
Telephone: (713) 529-6606
Facsimile: (713) 529-6605
Email: gkf@gflawoffices.com
Email: scd@gflawoffices.com

ATTORNEYS FOR PLAINTIFF
VANESA GOULDBURN

Because Defendants have not made an appearance in this case, service is not required.

/s/ Sarah C. Dionne